AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25-MJ-3038-JDH |
| | ) | |
| | ) | |
| Jonathan Lefman | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 30, 2024 _____ in the county of _____ Suffolk _____ in the _____ District of _____ Massachusetts _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 45606 and 18 U.S.C. § 2244(b) | Abusive sexual contact, within the special aircraft jurisdiction of the United States of America |

This criminal complaint is based on these facts:

Please see the attached Affidavit of Special Agent Jason D. Costello, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_Jason Costello (by JDH)_
*Complainant's signature*

Special Agent Jason D. Costello, FBI
*Printed name and title*

Sworn to before me and signed via telepone.

Date: _____ 02/06/2025 _____

_Jessica Hedges_
*Judge's signature*

City and state: _____ Boston, Massachusetts _____

Hon. Jessica D. Hedges, U.S. Magistrate Judge
*Printed name and title*