AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Jonathan Lefman | ) ) ) ) ) ) ) | Case No.    25-MJ-3038-JDH |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jonathan Lefman                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment       ❑ Superseding Indictment       ❑ Information       ❑ Superseding Information       ☑ Complaint
❑ Probation Violation Petition       ❑ Supervised Release Violation Petition       ❑ Violation Notice       ❑ Order of the Court

This offense is briefly described as follows:

49 U.S.C. § 45606 and 18 U.S.C. § 2244(b): Abusive sexual contact, within the special aircraft jurisdiction of the United States of America

Date:      02/06/2025

_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts

_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*