UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN,

Defendant

)
)
)
)
)
)
)
)
)
)

Criminal No.    25cr10083

Violation:

Count One: Abusive Sexual Contact within the Special Aircraft Jurisdiction of the United States (49 U.S.C. § 46506(1) and 18 U.S.C. § 2244(b); 18 U.S.C. § 3238)

## INDICTMENT

## COUNT ONE
Abusive Sexual Contact within the Special Aircraft Jurisdiction of the United States
(49 U.S.C. § 46506(1) and 18 U.S.C. § 2244(b); 18 U.S.C. § 3238)

The Grand Jury charges:

On or about August 30, 2024, within the special aircraft jurisdiction of the United States, that is, while aboard a civil aircraft in flight traveling nonstop from San Juan, Puerto Rico to Boston, Massachusetts, in the District of Massachusetts, and elsewhere, the defendant,

JONATHAN LEFMAN,

did knowingly and intentionally engage in sexual contact with Minor A (YOB 2007), that is, touch Minor A's buttocks, without Minor A's permission, and with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

All in violation of Title 49, United States Code, Section 46506(1), Title 18, United States Code, Section 2244(b), and Title 18, United States Code, Section 3238.

1

A TRUE BILL

*Carolyn M Ball*

FOREPERSON


*Elianna J Nuzum*

ELIANNA J. NUZUM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: MARCH 4, 2025
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK                                     11:39am

2